IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MARTINEZ TORRONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV334 |
| | ) | |
| v. | ) | |
| | ) | |
| SIX UNKNOWN NAMES AGENTS, | ) | MEMORANDUM OPINION |
| and BARACK OBAMA, Mr. | ) | |
| President of the United | ) | |
| States, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on its own motion. On September 25, 2012, the Court entered a Memorandum and Order provisionally filing this matter but requiring plaintiff to either file a motion for leave to proceed in forma pauperis or pay the $350.00 filing fee no later than October 25, 2012 (Filing No. [4](#)). The Court warned plaintiff that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not paid the $350.00 filing fee or submitted a motion for leave to proceed in forma pauperis. A separate order dismissing this action will be entered in accordance with this memorandum opinion.

DATED this 31st day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court